UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON, | No. 2:25-cv-00216-DJC-SCR |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| FAIRFIELD POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se, and this matter is referred to the undersigned pursuant to Local Rule 302(c)(21). The record reflects that this action was filed on January 15, 2025, and that summons were issued on February 4, 2025. More than 90 days have passed since the filing of this action and no return of service is on file. Accordingly, Plaintiff shall show cause why the action should not be dismissed for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m).

**I. Time Limit for Service**

Plaintiff filed this action on January 15, 2025. ECF No. 1. Summons issued on February 4, 2025. ECF Nos. 3 & 4. Federal Rule of Civil Procedure 4(m) provides in relevant part: "If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the

failure, the court must extend the time for service for an appropriate period." More than 90 days have passed since the filing of the complaint and Plaintiff has not filed returns/proof of service.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall show cause, in writing, **within 14 days** of the date of this Order, why this action should not be dismissed based on failure to effect service. Plaintiff shall respond by filing either 1) a brief, not to exceed 5 pages, explaining why he has not completed service and how much time he requests to do so; or 2) returns/proof of service as to all Defendants who have been served. If Plaintiff fails to respond, the court will recommend dismissal of the action.

SO ORDERED.

DATED: May 15, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE