MICHELE BECKWITH
Acting United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON, <br><br> Plaintiff, <br><br> v. <br><br> FAIRFIELD POLICE DEPARTMENT, *et al.*, <br><br> Defendants. | No. 2:25-cv-00216-DJC-JDP <br><br> **~~PROPOSED~~ ORDER GRANTING UNITED STATES' <u>EX PARTE</u> APPLICATION TO STAY RESPONSE TO COMPLAINT UNTIL AFTER RULING ON MOTION TO DEEM PLAINTIFF A VEXATIOUS LITIGANT** |

On June 10, 2025, the United States applied *ex parte* for an order staying the federal defendants' response to the Complaint until after the Court rules on the pending motion to deem Plaintiff a vexatious litigant. *See Orlonzo Hedrington v. United States of America, et al.*, E.D. Cal. No. 2:24-cv-03541-DJC-JDP, ECF 16. The United States identifies the federal defendants to include the United States, Assistant U.S. Attorney Joseph Frueh, former U.S. Magistrate Judge Deborah Barnes, U.S. District Judge Kimberly Mueller, U.S. Air Force employees Joseph Sky and David Alex Hunter, and the U.S. Air Force Office of Special Investigations. Having considered the application, and for good cause shown,

1

1  IT IS HEREBY ORDERED that the deadline to respond to the complaint is stayed until further order of the Court, after ruling on the pending motion to deem Plaintiff a vexatious litigant.

IT IS SO ORDERED.

Dated: June 26, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE