UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br><br>Plaintiff,<br><br>v.<br><br>FAIRFIELD POLICE DEPARTMENT, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-0216-DJC-JDP (PS)<br><br><br>ORDER |

Plaintiff has filed a motion for a thirty-day extension of time to file objections to the January 21, 2026 findings and recommendations.  ECF No. 31.  Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 31, is granted in part.

2. Plaintiff is granted until February 20, 2026 to file objections to the January 21, 2026 findings and recommendations.

IT IS SO ORDERED.

Dated:    January 30, 2026                    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE