UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON, | Case No.  2:25-cv-0216-DJC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| FAIRFIELD POLICE DEPARTMENT et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On May 15, 2025, the previously assigned Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections on May 23 and May 28, 2025, and they were considered by the undersigned.  On January 21, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections on February 17, 2026, and they were considered by the undersigned.

The Court presumes that any findings of fact are correct.  *See Orand v. United*

1

*States*, 602 F.2d 207, 208 (9th Cir. 1979).  A magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed May 15, 2025 and January 21, 2026, are adopted in full;

2. Plaintiff's motion for removal, ECF No. 7, is DENIED;

3. Plaintiff's motion for default judgment ECF No. 8, is DENIED; and

4. Plaintiff's motion to amend, ECF No. 26, is DENIED without prejudice to renewal after the motion to declare plaintiff vexatious in 2:24-cv-3541-DJC-JDP is decided.

IT IS SO ORDERED.

Dated:    **February 24, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2